FILED

JUL 31 2017

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
SEVENTH CIRCUIT OF INDIANA

|  |  |
|---|---|
| KEITH L. BLACKWELL <br> _Petitioner_ <br> v. <br> E. TRUEBLOOD, MD., HEATHER MATA, PA. <br> (FCI) S. JULIAN, WARDEN; COMPLEX <br> WILSON, WILLIAM E. MD/CD; at; al: <br> _Respondent_ <br> (name of warden or authorized person having custody of petitioner) | ) <br> ) <br> ) 2  17-cv- 0363 JMS -MJD <br> ) <br> ) Case No. _____ <br> )       _(Supplied by Clerk of Court)_ <br> ) New Cause No. 2:17-cv-00407-LJM-MPB <br> ) <br> ) COMPLAINT |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1.  (a) Your full name: Keith l. Blackwell
    (b) Other names you have used: N/A
2.  Place of confinement:
    (a) Name of institution: BOP/FCI/TERRE HAUTE
    (b) Address: P.O. BOX 33
    TERRE HAUTE, IN. 46808
    (c) Your identification number: 41030-044
3.  Are you currently being held on orders by:
    ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
    (a) Name and location of court that sentenced you: UMITED STATES DISTRICT COURT OF
    ST. LOUIS, MO. EIGHTH CIRUIT.
    (b) Docket number of criminal case: 4:13-cr-00465-CDP-1
    (c) Date of sentencing: 8-26-14:
    ☐ Being held on an immigration charge
    ☐ Other _(explain)_: N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain): Gross Medical Negligent/Medical Deliberate Indifference/ Bar-ba-rous living conditions/Unconstitutional Medical Placement Retaliation acts. No Handicap ADA Showers within this facility, No AC.

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: (FCI) TERRE HAUTE, IN.
   No ventilation for Blackwell's chronic history of upper respirator failu

   (b) Docket number, case number, or opinion number: 850590-A1/859193-R1/854080-F-1

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Prison Officials, disregards Blackwell's serious medical needs and treatments, with delays and deprivations of urgent needed medical surgeries and medical consultations for life threating diseases.

   (d) Date of the decision or action: 2015-2016

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes    ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: FBOP/FCI/TERRE HAUTE; WANDEN? JULIAN

   (2) Date of filing: 1. March 1st. 2016/May 1st. 2016/March 17th 2016.

   (3) Docket number, case number, or opinion number: 850590-A-1/859193-R1/854080-F-1

   (4) Result: Denials of urgent medical relief once prescribed by MD.

   (5) Date of result: 9/10/16/7/21/16:7/21/2016:

   (6) Issues raised: urgent medical care and treatments/appropriate medical prison housing accordingly to ADA. Emergency surgeries needed colon, hernia disk removal, urgent consultation complete No emergency alarm within Blackwell's cell/No ADA showers/No Ventilation within cell for COPD. Mold, Mildew,

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: __N/A__

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☒ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: __FBOP/Regional Administrative Appeal__

(2) Date of filing: __6/6/16:__
(3) Docket number, case number, or opinion number: __850591-A1__
(4) Result: __Denial of prison placement with hospital on grounds__
(5) Date of result: __Dec.14-2016__
(6) Issues raised: __Appropriate medical housing within BOP in-accordance to my life threating out of control and unstable COPD that carries a serious adverse affect of my daily duties of life. And to be free of cruel and bar-ba-rous living conditions/unable to drink fountain water nor use for cooking. When using toilets human waste returns repeatedly leaving toxic bio-chemical odors with severe breathing disorders, daily upset stomach problems, and vomitting,__

(b) If you answered "No," explain why you did not file a second appeal: __N/A__

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☒ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: __FBOP/Central Administrative Remedy Appeal__
(2) Date of filing: __6/6/2016:__
(3) Docket number, case number, or opinion number: __850591-A1__
(4) Result: __Denial constitutional medical placement for ugent care__
(5) Date of result: __Dec.14-2016:__
(6) Issues raised: __Medical housing and must needed urgent surgeries/ constitutional medical housing under ADA 12101-02: 12132__

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

(b) If you answered "No," explain why you did not file a third appeal:   N/A

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☒ Yes          ☐ No

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

   ☒ Yes          ☒ No

   If "Yes," provide:
   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

   ☐ Yes          ☒ No

   If "Yes," provide:
   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:   N/A

11. **Appeals of immigration proceedings**

    Does this case concern immigration proceedings?

    ☐ Yes     ☒ No

    If "Yes," provide:

    (a)    Date you were taken into immigration custody:
    (b)    Date of the removal or reinstatement order:
    (c)    Did you file an appeal with the Board of Immigration Appeals?

        ☐ Yes     ☒ No

        If "Yes," provide:

        (1) Date of filing:
        (2) Case number:
        (3) Result:
        (4) Date of result:
        (5) Issues raised:

    (d)    Did you appeal the decision to the United States Court of Appeals?

        ☐ Yes     ☒ No

        If "Yes," provide:

        (1) Name of court:
        (2) Date of filing:
        (3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

_____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** <u>Cruel and unusual living conditions/Deliberate Indiffernce to my serious medical needs/ Unreasonable medical tranfer(s) four within a twenty month period/</u>

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
See Attached Documents: Exhibits

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes ☐ No

**GROUND TWO:** Medical transfer to a BOP with··prison hospital on grounds urgent needed surgeries/consultations undone for colon cancaerous cells removal of hernia disk/lung specialist/removal from bar-ba-rous,in-human living conditions that are gross.mold,asbestos,lead,mildew no ventialtion

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
See Attached Documents:Exhibits

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes ☐ No

**GROUND THREE:** Medical tranfer to a BOP with a prison hospital ongounds/ urgent needed surgeries/consultations undone for percancerous cells removal/ hernia disk repair/lung specialist serious medical needs.Removal from bar-ba-rous,in-human living conditions that are gross.......

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
See Attached Documents and Exhibits

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes ☐ No

**GROUND FOUR:** Medical transfer to a BOP with a prison hospital grounds/ urgent needed surgeries /consultations undone over two years; for percancerous colon cells removals/removal of hernia disk"repair"/lung specialist treatments undone/gross and bar-ba-rous living conditions

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
See Attached Documents /Exhibits

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Water/ A human good faith error.

### Request for Relief

15. State exactly what you want the court to do: Order Blackwell a medical injunction relief to a BOP with a prison hospital ongrounds/order emergency surgeries/oder a order for urgent needed consultations /See attached documents.Stop the on-going wrongful prison placements,with chronic jet fuel and diesel therapy. Defendants have violated Blackwell's due process rights 13th amendment and 8th A emergency transfer order due to the up coming scorching heat waves, that carries serious premature linging death to Blackwell's COPD. And as to no ventilation within this facility; among severe unconstitutional living conditions. These aforemention conditions are devastating and debilitating to my upper respiratory disease,also Blackwell is unable to shower on the normal basic due to no handicap showers. While rising my constitutional issues, prison officals use linguistic lauguage to circumvent all of my serious medical issues. I pray that you the Honorable Judge will please grant Blackwell the well over due relief of these cruel and unusual conditions. Please help your Horonable Judge before it's to late."protect my constitutiona rights.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _____    _____
*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*