UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| KEITH L. BLACKWELL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:17-cv-00407-JPH-DLP |
| E. TRUEBLOOD, et al. | ) ) ) | |
| Defendants. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Interested Party. | ) | |

**ORDER**

The plaintiff moves the Court for an Order requiring the plaintiff's custodian to allow the plaintiff to receive legal assistance from a fellow inmate. Inmates do not have a constitutional right to give or receive legal assistance from other inmates. *See Shaw v. Murphy,* 532 U.S. 223, 231 (2001) (inmates do not have a First Amendment right to communicate legal advice to other inmates "above and beyond the protection normally accorded prisoners' speech"). Therefore, the plaintiff's motion for Court Order, dkt. [170], is **denied.**

The plaintiff has also moved for an emergency stay of this case because he is awaiting COVID-19 test results and has been locked down in quarantine since August 28, 2020. The plaintiff was previously warned that the Court did not anticipate granting further extensions of time in this matter. *See* dkt. 167. The Court recognizes that the COVID-19 pandemic has made it more difficult for prisoners to proceed with litigation. However, the pending motion for summary judgment in this matter was pending for several months before the pandemic began and this case is now more than three years old. However, under these circumstances the Court will **grant** the

plaintiff's motion, dkt. [171], **to the extent that** the Court provides the plaintiff a final brief extension of time **through September 24, 2020,** to respond to the pending motion for summary judgment. If the plaintiff lacks access to the law library, he may simply write out his response with an affidavit including his personal knowledge in support of his claims under penalties of perjury. The plaintiff should not anticipate any further extensions from the Court.

**SO ORDERED.**

Date: 9/14/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

KEITH L. BLACKWELL
41030-044
560 N. Kingsley Drive, Apt. 217
Los Angeles, CA 90004

Rachana Nagin Fischer
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
rachana.fischer@usdoj.gov